## STATE v. LARRY NEWSOME.

(Filed 12 September, 1928.)

**Criminal Law—Appeal and Error—Prosecution of Appeal under Rules of Court.**

    An appeal *in forma pauperis* by a defendant convicted of a capital felony will be docketed and dismissed on motion of the Attorney-General when not prosecuted as required by the rules of Court regulating appeals, after an examination of the record for errors appearing on its face.

Motion by State to docket and dismiss appeal.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*

STACY, C. J.   This was a criminal prosecution tried upon an indict-
ment found by a grand jury of Wayne County, December Term, 1927,
(*S. v. Newsome,* 195 N. C., 552, 143 S. E., 187), charging the prisoner
with murder in the first degree, and later removed to Chatham County
for trial which was held at the June Term, 1928, Superior Court of said
county, and resulted in a conviction and sentence of death.   From the
verdict thus rendered and judgment entered thereon, the defendant
gave notice of appeal to the Supreme Court, but this has not been
prosecuted as required by the rules, albeit the prisoner was allowed to
appeal *in forma pauperis.*   *S. v. Taylor,* 194 N. C., 738, 140 S. E., 728.
The motion of the Attorney-General to docket and dismiss the appeal
must be allowed.   *S. v. Dalton,* 185 N. C., 606, 115 S. E., 881.   But this
we do only after an examination of the case to see that no error appears
on the face of the record, as the life of the prisoner is involved.   *S. v.
Clyburn,* 195 N. C., 618, 143 S. E., 129; *S. v. Thomas,* 195 N. C., 458,
142 S. E., 474; *S. v. Ward,* 180 N. C., 693, 104 S. E., 531.

We find no error on the present record.

Appeal dismissed.